THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH STEELE, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>SEATTLE THEATRE GROUP, *et al.*,<br><br>        Defendants. | CASE NO. C17-0939-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal to dismiss Defendant RB-WW Seattle LLC (Dkt. No. 7). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and the claims against Defendant RB-WW Seattle LLC are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

DATED this 21st day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk