UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH STEELE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE THEATRE GROUP, *et al.*, <br><br> Defendants. | CASE NO. C17-0939-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendants' deadline to file an answer to the complaint (Dkt. No. 11.) The Court, finding good cause, GRANTS the motion. Defendant's response to the complaint is due on August 24, 2017.

DATED this 4th day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
