THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH STEELE *et al.*, | CASE NO. C17-0939-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SEATTLE THEATRE GROUP, *et al.* | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendants' deadline to file an answer to the complaint (Dkt. No. 13). The Court, finding good cause, GRANTS the motion. The Defendants must file their answer by October 6, 2017.

DATED this 8th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk