THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH STEELE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE THEATRE GROUP, *et al.*, <br><br> Defendants. | CASE NO. C17-0939-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal regarding Plaintiff Sarah Steele (Dkt. No. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the parties' stipulation is self-executing, and Plaintiff Sarah Steele is DISMISSED from this action with prejudice and without an award of costs or attorney fees to any party. Future filings in this case shall be captioned: Rhonda Brown v. Seattle Theatre Group, *et al*.

DATED this 30th day of November 2017

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-0939-JCC
PAGE - 1