THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA BROWN, | CASE NO. 17-0939-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SEATTLE THEATRE GROUP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding filing of a first amended complaint, dismissal of Defendant Neptune Building, LLC, and Defendants Seattle Theatre Group and Moore Hotel's acceptance of service of process (Dkt. No. 20) Pursuant to stipulation, the Court ORDERS the following:

A. The attorneys for Plaintiff and Defendants stipulate and agree that: (1) Counsel for Plaintiff may file without opposition the attached First Amended Summons and First Amended Complaint For Declaratory and Injunctive Relief with the Clerk of the Court; and (2) Defendant, The Neptune Building, LLC, is hereby DISMISSED from this action without prejudice and without an award of fees or costs to either party.

MINUTE ORDER
17-0939-JCC
PAGE - 1

1       B.     The attorney for Defendants hereby accepts service of process of the attached First Amended Summons and First Amended Complaint for Declaratory and Injunctive Relief on behalf of the Defendants.

DATED this 25th day of January 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
17-0939-JCC
PAGE - 2