THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA BROWN, *et al.*, | CASE NO. C17-0939-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SEATTLE THEATRE GROUP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On April 14, 2018, Plaintiffs filed a motion to compel discovery (Dkt. No. 27). On April 25, 2018, Plaintiffs filed a second motion to compel discovery (Dkt. No. 28). Having reviewed both motions, and in the interest of judicial economy, the Court ORDERS the following:

1. Defendants shall file a consolidated response to Plaintiffs' motions to compel (Dkt. Nos. 27 and 28). The response shall be no longer than 24 pages and shall be filed no later than May 7, 2018.

2. Plaintiffs shall file one reply to Defendants' response. Plaintiffs' reply shall be no longer than 12 pages and shall be filed no later than May 11, 2018.

3. The Clerk is DIRECTED to re-note Plaintiffs' first motion to compel (Dkt. No.

27) to May 11, 2018.

DATED this 26th day of April 2018.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk