UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA BROWN, *et al.*, | CASE NO. C17-0939-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SEATTLE THEATRE GROUP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of Plaintiffs' acceptance of an offer of judgment (Dkt. No. 37). The Court has issued a judgment in accordance with Plaintiffs' acceptance of Defendants' offer of judgment (Dkt. No. 37). The Clerk is DIRECTED to terminate Plaintiffs' pending motions to compel (Dkt. Nos. 27, 28) as moot. The Clerk is further DIRECTED to close this case for statistical purposes. In accordance with the Court's judgment, Plaintiffs may make a motion for reasonable attorney fees and costs.

DATED this 30th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
