UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA BROWN, *et al.*, | CASE NO. C17-0939-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SEATTLE THEATRE GROUP, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for attorney fees and costs (Dkt. No. 40). Plaintiffs' motion is 26 pages. (*See id.*) Under the Local Civil Rules, a motion for attorney fees shall not exceed 12 pages. *See* W.D. Wash. Local Civ. R. 7(e)(4) ("All other motions noted under LCR 7(d)(3) and briefs in opposition shall not exceed twelve pages.") Plaintiffs have not sought the Court's approval to file an over-length motion, which was required prior to filing their motion. *See* W.D. Wash. Local Civ. R. 7(f)(1).[1]

---

[1]Plaintiffs also incorrectly noted their motion for June 22, 2018. *See* W.D. Wash. Local Civ. R. 7(d)(3) ("With the exception of the motions specifically listed in LCR 7(d)(1), 7(d)(2), and 7(d)(3), all other motions shall be noted for consideration on a date no earlier than the third Friday after filing and service of the motion.") Motions for attorney fees are not specifically listed in Rule 7(d).

Plaintiffs' motion facially violates the Local Civil Rules. It would be patently unfair to Defendants for the Court to consider the motion in its current form. Therefore, the Clerk is DIRECTED to TERMINATE Plaintiffs' motion for attorney fees and costs (Dkt. No. 40). Plaintiffs shall refile their motion in accordance with the Local Civil Rules.

DATED this 13th day of June 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk