

11120 NE 2nd Street
Suite 200
Bellevue, WA 98004
www.rpwlawfirm.com

**Mark D. Walters**
**Attorney at Law**
mwalters@rpwlawfirm.com
T (425) 688-7620

# Exhibit A



Monday, June 19, 2017 at 3:51:04 PM Pacific Daylight Time

**Subject:** Pay.gov Payment Confirmation: WAWD CM ECF
**Date:** Monday, June 19, 2017 at 3:07:18 PM Pacific Daylight Time
**From:** paygovadmin@mail.doc.twai.gov
**To:** walters.mdw@gmail.com, Mark D. Walters

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CM/ECF Support at (866) 323-9293.

Application Name: WAWD CM ECF
Pay.gov Tracking ID: 263515CU
Agency Tracking ID: 0981-4915523
Transaction Type: Sale
Transaction Date: Jun 19, 2017 6:07:18 PM

Account Holder Name: Mark Walters
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************5409


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



# abclegal BILLING STATEMENT

| CUSTOMER NO. | STATEMENT DATE | PAGE NO. |
|---|---|---|
| 92350 | 07/31/2017 | 1 |

Accounting Correspondence:  633 Yesler Way, Seattle, WA 98104 | (206) 521-9000 | ar@abclegal.com

PAY ONLINE: https://www.abclegal.com/abc/login and click on "Make Payments".
If you pay by check or ACH, please include a remittance or email it to AR@abclegal.com.

Reed Pruett Walters, PLLC
11120 NE 2nd St, #200
Bellevue WA      98004
USA

Re-print Invoices at ABCLegal.com

| DATE: | | INVOICE NUMBER: | CLIENT REF: | CASE NO. | DESCRIPTION: | AMOUNT: |
|---|---|---|---|---|---|---|
| 06/13/2017 | SLS | 2273377.100 | ▬▬▬ | 2:17-CV-00841-RSM | ▬▬▬ | 79.50 |
| 06/15/2017 | SLS | 2277400.100 | ▬▬▬ | 2:17-CV-00841-RSM | ▬▬▬ | 79.50 |
| 06/15/2017 | SLS | 2278126.100 | 17_0615 | 1160021499 | ▬▬▬ | 117.00 |
| 06/16/2017 | SLS | 2279358.100 | 17_0615 | 1160021499 | ▬▬▬ | 117.00 |
| 06/29/2017 | SLS | 2308763.100 | CV17-00939-JCC | 2:17-CV-00939-JCC | MOORE HOTEL, INC., A | 49.50 |
| 06/29/2017 | SLS | 2308780.100 | CV17-00939-JCC | 2:17-CV-00939-JCC | MOORE HOTEL, INC., A | 49.50 |
| 06/29/2017 | SLS | 2308790.100 | CV17-00939-JCC | 2:17-CV-00939-JCC | MOORE HOTEL, INC., A | 49.50 |
| 07/03/2017 | SLS | 2316901.100 | CV17-00939-JCC | 2:17-CV-00939-JCC | RB-WW SEATTLE LLC, A | 79.50 |
| 07/28/2017 | SLS | 20993282 | ▬▬▬ | ▬▬▬ | ▬▬▬ | 39.95 |

*handwritten annotations:* (49.50)3 = 148.50 ; 79.50 = 228 ; DR ; STB ; WRONG PARTY

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | PLEASE PAY THIS AMOUNT | BALANCE DUE |
|---|---|---|---|---|---|---|
| 119.45 | 541.50 | 0.00 | 0.00 | 0.00 | | 660.95 |

TERMS: NET 30 DAYS    Finance charges are computed at a monthly rate of .67% which is an annual rate of 8%. Charges are assessed on all invoices more than 30 days past due.

| BBF | Balance Forward | SLS | Sales / Invoices | FIN | Finance Charges |
| RTN | Returns | CR | Credit Memo | | |
| DR | Debit Memos | PMT | Payments | | |

ABC Standard E_MONTHLY_INV

Transmitted with Liaison Messenger for MBS - 800.811.4818

**REED PRUETT WALTERS LARSEN PLLC**
11120 NE 2nd Street, Suite 200
Bellevue, WA 98004

**Banner Bank**
13033 BEL-RED ROAD
Bellevue, WA 98005

7101

5/4/18

PAY TO THE ORDER OF: NBBJ

$ 125.00

One Hundred Twenty Five and XX/100 DOLLARS

NBBJ
233 Yale Avenue North
Seattle, WA 98109

MEMO: Subpoena: STG/Paramount

AUTHORIZED SIGNATURE

⑈007101⑈ ⑆323371076⑆ 4606097703⑈

---

REED PRUETT WALTERS LARSEN PLLC                          7101

Date
5/4/18

Amount
$125.00

Type:        Cost Advance
Reference:
Memo:        SGT/Paramount

REED PRUETT WALTERS LARSEN PLLC                          7101

Tear off bottom section before mailing



# City of Seattle

**11:17 AM**     **124**

Expiration Time     Code

Fri May 04, 2018   09:16 AM     $ 5.14

Purchase Date     Fee Paid

Exhibit A | Page 5 of 7

**Receipt Valid only if Displayed Properly**



# Wakeen & Associates
## MEDIATION SERVICES

April 6, 2018

Mr. Mark D. Walters, Esq.
Reed Pruett Walters Larsen PLLC
11120 Northeast Second Street, Suite 200
Bellevue, WA 98004

INVOICE # 5-16-18-2A

**SENT VIA EMAIL**

Re: Brown, et al. v. Seattle Theater Group

Subject: Invoice for confirmation of mediation services to be rendered on May 16, 2018 in Seattle, WA

| | | |
|---|---|---:|
| I. | **ADMINISTRATIVE FEE** | |
| | $195 per party | 195.00 |
| II. | **MEDIATOR'S FEE** | |
| | Mediator's Proceeding Time<br>1/2 of $500/hr. x with a minimum of 8 hrs. | 2,000.00 |
| | Preparation Time<br>1/2 of $500/hr. x with a minimum of 1 hr. | 250.00 |
| III. | **YOUR PORTION OF THIS PRE-MEDIATION CONFIRMATION FEE** | **$2,445.00** |

*Payment is due upon receipt of this invoice. Receipt of payment confirms the mediation date.

Please remit payment (with a copy of this invoice) to:
Wakeen & Associates Mediation Services, LLC
600 University Street, Suite 1612
Seattle, WA 98101

Wakeen & Associates Tax Identification No. 46-2293882          Thank You.

One Union Square, 600 University Street, Suite 1612, Seattle, WA 98101  Telephone: (206) 292-8300 Fax: (206) 292-8399
E-mail: twakeen@wakeen.net • Website: www.wakeen.net

Exhibit A | Page 6 of 7

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

7102

**REED PRUETT WALTERS LARSEN PLLC**
11120 NE 2nd Street, Suite 200
Bellevue, WA 98004

**Banner Bank**
13033 BEL-RED ROAD
Bellevue, WA 98005

5/15/18

PAY TO THE ORDER OF: Wakeen & Associates Mediation Services, LLC      $ 2,445.00

Two Thousand Four Hundred Forty Five and XX/100 DOLLARS

Wakeen & Associates Mediation Services, LLC
600 University Street, Suite 1612
Seattle, WA 98101

MEMO  Invoice No.: 5-16-18-2A

AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈007102⑈ ⑆323371076⑆ 4606097703⑈

---

REED PRUETT WALTERS LARSEN PLLC        WWW.COMPUCHECKS.COM  888.356.5581        7102

Date
5/15/18

Amount
$2,445.00

Type:       Cost Advance
Reference:  STG Litigation
Memo:       Invoice No.: 5-16-18-0

---

REED PRUETT WALTERS LARSEN PLLC        WWW.COMPUCHECKS.COM  888.356.5581        7102

Tear off bottom section before mailing

Exhibit A | Page 7 of 7