UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA BROWN *et al.*, | CASE NO. C17-0939-JCC |
| Plaintiffs, | ORDER |
| v. | |
| SEATTLE THEATRE GROUP *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' joint motion to amend the judgment (Dkt. No. 55). Having thoroughly considered the motion and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

The Court previously entered judgment following Plaintiffs' acceptance of Defendants' second offer of judgment made pursuant to Federal Rule of Civil Procedure 68. (*See* Dkt. Nos. 37, 39.) The prior judgment specified modifications that Defendant Seattle Theater Group was required to make to The Paramount Theatre and The Moore Theatre. (*See* Dkt. No. 39.) While implementing the modifications required by the prior judgment, Defendant Seattle Theater Group determined that some of the modifications could not be completed in accordance with the 2010 ADA Standards for Accessible Design or were not feasible. (*See* Dkt. No. 55 at 1.) Plaintiff Rhonda Brown initiated a second lawsuit to enforce the prior judgment against Defendants. *See Brown v. Moore Hotel et al*, Case No. C19-1459-RAJ-MAT, Dkt. No. 1 (W.D. Wash. 2019).

1    The parties state that they have reached a resolution to the second lawsuit, and they
2 jointly request that the Court amend its prior judgment. (Dkt. No. 55.) Finding good cause, the
3 Court hereby GRANTS the parties' motion to amend the judgment (Dkt. No. 55). The remainder
4 of the terms in the prior judgment (Dkt. No. 39) are unchanged.

DATED this 12th day of March 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE